IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) BRIDGETTE BROWN | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No.: 15-cv-486-TCK-FHM |
| | ) | |
| (1) AMERICAN FAMILY HOME INSURANCE COMPANY, a Foreign Corporation. | ) ) ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Bridgette Brown and Defendant American Family Home Insurance Company ("AFH"), through their respective counsel, hereby jointly stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that all of Plaintiff's claims in the above-captioned action against the Defendant be dismissed with prejudice to the future filing thereof, with the parties to bear their own costs and attorneys' fees in this action.

Respectfully submitted,

/s/  Donald E. Smolen, II
(*signed by filing attorney with permission of attorney for Plaintiff*)
Donald E. Smolen, II, OBA #19944
Laura L. Hamilton, OBA #22619
701 S. Cincinnati Ave.
Tulsa, OK 74119
Telephone: (918) 585-2667
Facsimile: (918) 585-2669
email:  donaldsmolen@ssrok.com
laurahamilton@ssrok.com

*Attorneys for Plaintiff Bridgette Brown*

/s/ *Jason L. Glass*
Jason L. Glass, OBA #17635
Tara D. Zickefoose, OBA #31757
SAVAGE BAUM & GLASS
Mid-Continent Tower
401 S. Boston Ave., Suite 2300
Tulsa, Oklahoma  74103
Telephone:  918/938.7944
Facsimile:  918/938.7966
Email:  jglass@savagebaumglass.com
           tzickefoose@savagebaumglass.com

*Attorneys for Defendant American Family Home Insurance Company*